UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:20-CR-26-CCB-MGG |
| BRANDON JAMES et al. | |

### ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Michael Gotsch filed May 22, 2024.  Brandon James pleaded guilty to count one of the indictment charging that he did knowingly and intentionally conspire, combine, confederate, and agree with three co-defendants to commit the offense of distribution of more than 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 922(g)(1).  No party objected, and the time to object has passed.  The Court now adopts the findings and recommendation in their entirety.  The plea of guilty to this offense as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority.  Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection.  If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection.  The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED.

June 7, 2024

                                          /s/*Cristal C. Brisco*
                                        CRISTAL C. BRISCO, JUDGE
                                        UNITED STATES DISTRICT COURT